UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LAWDY LUCTAMA and ASHNEY
LUCTAMA,
          Plaintiffs,

v.

JEFFREY MARKS KNICKERBOCKER,
          Defendant.
--------------------------------------------------------------x

**ORDER**

19 CV 8717 (VB)

     On September 19, 2019, plaintiffs Lawdy and Ashney Luctama commenced this action against defendant Jeffrey Marks Knickerbocker. (Doc. #1).

     On December 30, 2019, defendant moved to dismiss the complaint. (Doc. #7). Plaintiffs, who are represented by counsel, had until January 13, 2020, to oppose the pending motion. See Local Rule 6.1(b).

     To date, plaintiffs have not opposed the pending motion.

     Accordingly, the Court sua sponte extends to January 28, 2020, plaintiffs' time to oppose the motion. **If plaintiffs do not oppose the motion by January 28, the Court will deem the motion fully submitted and unopposed.**

     Defendant's reply, if any, is due February 4, 2020.

Dated: January 21, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge