**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
LAWDY LUCTAMA and
ASHNEY LUCTAMA,

                        Plaintiff,

-against-                                 19 **CIVIL** 8717 (VB)

                                                           **JUDGMENT**

JEFFERY MARKS KNICKBOCKER,

                        Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2020, the Defendant's motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
            Mach 31, 2020

                                                           **RUBY J. KRAJICK**
                                                           _____
                                                            Clerk of Court
                           **BY:**
                                                           _____
                                                            **Deputy Clerk**